**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DENNIS MCCABE,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

Case No.: 3:23-cv-00064-MMD-CSD

**Order**

Re: ECF No. 50

Defendants filed a motion for summary judgment in this action on March 5, 2026. (*See* ECF Nos. 50, 50-1, 50-2, corrected image at ECF Nos. 54, 54-1 to 54-8.) To date Plaintiff, who is represented by counsel, Dan Winder, Esq., has not filed a response.

Plaintiff has up to and including **May 13, 2026**, to file a response to Defendants' motion for summary judgment.

**IT IS SO ORDERED**.

Dated: April 29, 2026

_____
Craig S. Denney
United States Magistrate Judge