DAN M. WINDER, ESQ.
Nevada Bar No. 001569
ARNOLD WEINSTOCK
Nevada Bar No. 000810
3707 W. Charleston Blvd.
Las Vegas, NV 89102
winderdanatty@aol.com
702 878 6000

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS McCABE,<br><br>                        Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>                        Defendant. | Case No. 3:23-cv-00064-MMD-CSD<br><br>PARTIES' JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br>(First Request) |

Plaintiff, Dennis McCabe, by and through counsel, Dan Winder, Esq. and Defendants, Joseph Benson, Charles Daniels, Aaron Ford, Martin Naughton, and Lorenzo Villegas, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this *Joint Stipulation for Extension of Time to file Responsive Pleadings.*

MEMORANDUM OF POINTS AND AUTHORITIES

I.      BACKGROUND AND RELEVANT PROCEDURAL HISTORY

Mr. McCabe filed this matter alleging violations of his Constitutional Rights.  On or about March 5th, 2026, Defendants filed a Motion for Summary Judgement (ECF No. 50). On April 29th, 2026 this Court issued an order to extend Plaintiff's response time. (ECF No. 55) According to the order, the deadline to file the opposing brief is May 13th, 2026.

The firm representing counsel is a two-attorney firm.  During the past 4 weeks the firm was unexpectedly thrust into the criminal defense of one of its clients in Case No. 36

CR 136 filed in the United States District Court for the Northern District of Illinois Eastern Division which has consumed a large amount of the firm's resources. In order to present a full and robust opposition to the Defendants' Motion for Summary Judgment, the Plaintiff is requesting an additional 30 days to file its opposition in order that it may finish obtaining the affidavits and other information necessary to fully and completely oppose the Motion.

II.    APPLICABLE LAW FOR MOTION TO EXTEND DISCOVERY

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Plaintiff's request is timely and will not hinder or prejudice Mr. McCabe's case but will allow for a thorough opportunity to prepare the opposition to the motion.  The requested extension of time should permit the Plaintiff time to adequately gather the required exhibits and prepare the response.  Plaintiff asserts the requisite good cause is present to warrant the requested extension of time.  Therefore, additional time would be appreciated. This is the first extension request on this motion and is made in good faith.

III.    CONCLUSION

Plaintiff asserts that the requisite good cause and extenuating circumstances are present to warrant the requested extension of time. Therefore, Plaintiff requests an

///

///

///

///

extension to file his Opposition to Defendants' Motion for Summary Judgement. The Parties request an extension of 30 days, or to Monday June 15th, 2026, for Plaintiff to file the Plaintiff's Opposition to Motion for Summary Judgement.

DATED this 13th day of May, 2026.                DATED this 13th day of May, 2026.

THE LAW OFFICE OF DAN M. WINDER,    AARON D. FORD
PC.                                                              Attorney General

By: /s/ *Dan M. Winder*                            By: */s/ Douglas R. Rands*_____
                                                                     Douglas R. Rands (Bar No. 3572)
DAN M. WINDER, ESQ.                              Senior Deputy Attorney General
Nevada Bar No. 001569                           *Attorneys for Defendant*
3707 W. Charleston Blvd.
Las Vegas, NV 89102
winderdanatty@aol.com
702 878 6000

*Attorney for Plaintiff*


IT IS SO ORDERED

DATED: May 13, 2026

_____
Craig S. Denney
U.S Magistrate Judge