**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DENNIS MCCABE,

Plaintiff

v.

CHARLES DANIELS, et al.,

Defendants

Case No.: 3:23-cv-00064-MMD-CSD

**Order**

Re: ECF No. 50

The court has reviewed the fully briefed motion for summary judgment. (ECF No. 50.) It appears Defendants' motion for summary judgment was improperly filed prior to Defendants providing responses to Plaintiff's discovery requests. Defendants acknowledge this in their reply brief and do not oppose dismissal of ECF No. 50 without prejudice. (ECF No. 59 at 2–3.)

The parties are ordered to meet and confer and on or before **September 9, 2026,** the parties shall submit a stipulation to withdraw the pending motion for summary judgment, reopen discovery, and set deadlines for the close of discovery as well as the filing of dispositive motions and the joint pretrial order.

**IT IS SO ORDERED**.

Dated: August 26, 2026

Craig S. Denney
United States Magistrate Judge