AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: drands@ag.nv.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DENNIS McCABE,

Plaintiff,

v.

CHARLES DANIELS, *et al.*,

Defendant.

Case No. 3:23-cv-00064-MMD-CSD

**PARTIES' JOINT STIPULATION TO WITHDRAW PENDING MOTION FOR SUMMARY JUDGEMENT AND REOPEN DISCOVERY AND TO SET NEW DEADLINES (ECF No. 60) (First Request)**

Plaintiff, Dennis McCabe, by and through counsel, Dan Winder, Esq. and Defendants, Joseph Benson, Charles Daniels, Aaron Ford, Martin Naughton, and Lorenzo Villegas, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this *Joint Stipulation Withdrawing Pending Motion for Summary Judgment, (ECF No. 50) Without Prejudice, Requesting the Court Reopen Discovery, and set New Deadlines.*

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. BACKGROUND AND RELEVANT PROCEDURAL HISTORY**

Mr. McCabe filed this matter alleging violations of his Constitutional Rights. On or about March 5th, 2026, Defendants filed a Motion for Summary Judgement (ECF No. 50). On April 29th, 2026 this Court issued an order to extend Plaintiff's response time. (ECF No. 55) The Motion has been fully briefed; However, Plaintiffs argue that the Motion was

filed prior to Defendants fully responding to their discovery requests. In order to fully respond to and complete discovery in this matter, the parties agree that the Motion for Summary Judgement, (ECF No. 50) should be withdrawn, without prejudice. The Parties further request that this Court reopen discovery for a period of **90 days** from the date of this stipulation. This will allow the parties to complete discovery in this matter and allow a fully briefed dispositive motion. Finally, the parties request that this Court reset the deadlines for close of discovery, dispositive motions, and the joint pretrial order. This is all pursuant to this Court's order. (ECF No. 60)

## II. APPLICABLE LAW FOR MOTION TO EXTEND DISCOVERY

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

This request is pursuant to this Court's order. The requested extension of time should permit the Parties to adequately complete discovery and renew dispositive motions. The Parties agree that the requisite good cause is present to warrant the requested extension of time. Therefore, additional time would be appreciated. This is the first extension request on this order and is made in good faith.

## III. CONCLUSION

The Parties assert that the requisite good cause and extenuating circumstances are present to warrant the requested extension of time. The Parties request that this Court allow the withdrawal of the Motion for Summary Judgment, (ECF No. 50) without prejudice. Additionally, the Parties request that the Court approve the following deadlines.

///

///

///

| | |
|---|---|
| **Close of Discovery:** | **December 8, 2026** |
| **Dispositive Motion Deadline:** | **January 7, 2027** |
| **Joint Pretrial Order Deadline:** | **February 5, 2027 or 30 days after the decision on the Dispositive Motion is entered.** |

DATED this 9th day of September, 2026.

THE LAW OFFICE OF DAN M. WINDER, PC.

By: /s/ *Dan M. Winder*
DAN M. WINDER
WINDER LAW
Nevada Bar No. 001569
3707 W. Charleston Blvd.
Las Vegas, NV 89102
winderdanatty@aol.com
702 878 6000

*Attorney for Plaintiff*

DATED this 9th day of September, 2026.

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*
DOUGLAS R. RANDS, (Bar No. 3572)
Senior Deputy Attorney General
*Attorneys for DefendantS*

**IT IS SO ORDERED**

DATED: September 10, 2026

Craig S. Denney
United States Magistrate Judge